**Exhibit A to the Complaint**

**Location:** Hopkinton, MA  **IP Address:** 108.7.209.104
**Total Works Infringed:** 28  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CDC44D184FAEB024840ACBB9CE51656E10C16C6B<br>File Hash:<br>4A66BF67CFA5B9BD2A1535A61D5E18771F7541C393C766A5C15C89D74D8E3604 | 07-08-2023 00:49:24 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 2 | Info Hash: 00FB8D6D072C677E66A178DD715BE39D6DC36AC2<br>File Hash:<br>D64AB0A01A9D93D6ABDE142ABF87879FAB600ABD99BC2A5057799041B9FD3C89 | 07-02-2023 01:41:06 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 3 | Info Hash: 93E42FF7F21A38265D5BD5D870FF7DE9746AF795<br>File Hash:<br>FFDBFC58A09824962138B84636EF13670FFB98F0822CAA0AA7E6CFE0BF1D52C8 | 06-29-2023 15:49:54 | Blacked Raw | 06-28-2023 | 07-13-2023 | PA0002420343 |
| 4 | Info Hash: 0356E8A7682C7C2F9F894AEE7A998BFA5D44C548<br>File Hash:<br>6C7CFEBF8167EF2EA61935641B69651AC00F94F9721870715B0E58D0E2751BE4 | 06-26-2023 01:41:42 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 5 | Info Hash: 065363B2645B38BEC3FE5B4127B28598C147EC19<br>File Hash:<br>7806B4A65CB72A8974506F2D8CBB510667DC85E6954A37AB1B1C977290700834 | 06-12-2023 06:02:07 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 6 | Info Hash: B0C1922AEFDC529B4C748B61E427ACF9BAAF682F<br>File Hash:<br>3F06ECF96A508FEA6DD9EA9BDCF46C22160D03FDBE699ABF278314D6CA12F39B | 06-09-2023 20:45:28 | Blacked Raw | 06-08-2023 | 07-13-2023 | PA0002420361 |
| 7 | Info Hash: 9CE68E948A911949C4DF8956C0729043AB48901D<br>File Hash:<br>87868002D6AA2B3BE5ABB03711A6D058E9BE1C9322FCD442AA301020ECB3C5E2 | 06-04-2023 02:55:28 | Blacked Raw | 06-03-2023 | 06-09-2023 | PA0002415371 |
| 8 | Info Hash: A5ECD8B35F9167953C33D84BB6099655C0AC83E5<br>File Hash:<br>2684946A0D5CBE16B1ED2B41C55D70E817D6CD527481E1182FD2D69EB6DFB032 | 05-30-2023 06:37:15 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 9 | Info Hash: A6EA7322227167BB958372EA0FF00D8E41D18E19<br>File Hash:<br>AA26482D229D74AD1E385E34673390A2FEC721A9EF9F38C2EA74C0156CE5BDF1 | 05-27-2023 12:14:54 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 10 | Info Hash: E8ABFD1C4627B563399146DDE001C4323F5DF648<br>File Hash:<br>062FF3EE2505D386DA6A182FEED8DA873A09F6EEF8AF99CE3B29295F4BEC41D0 | 05-25-2023 16:03:28 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 11 | Info Hash: CFA75A24B84A2616FCFFB6C021018A2CBD810625<br>File Hash:<br>E66FFF6C6FDFF2A69BB993DAB1FDD5F17A77176FC647F8F3D8CCE1D9DC9F0414 | 05-20-2023 15:45:35 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 893932E9AF5006B530FA71C8A4646E3CDC474CAA<br>File Hash: DC371AAF346BA03418D1621ACF8B5994B51984574BD22B2113CF6D23AFD7D79E | 05-20-2023 15:26:04 | Blacked | 05-13-2023 | 06-09-2023 | PA0002415384 |
| 13 | Info Hash: 0EA150A8C7AA2F5F4305CF6D2CB95ADCBFFE67BF<br>File Hash: 7CD49F931AE3A14C26CED39154392934494228078EC852F297CDA7E269FE81AD | 05-12-2023 19:46:39 | Vixen | 04-14-2018 | 06-19-2018 | PA0002126645 |
| 14 | Info Hash: 7638FAE5F8439D2CAA94C5748F8BD88D92481F04<br>File Hash: 028A7E7322546A747EF75BDC26214EE116EE42D07182167E221D38A0FAFEFE01 | 05-12-2023 17:42:02 | Blacked Raw | 04-02-2018 | 04-17-2018 | PA0002116078 |
| 15 | Info Hash: 6DBE92440229CD2B8119B915CDD594220FF7A20F<br>File Hash: 120F4C681549580FBB8E8996E410BC32C342851C0F0F6113B1D49124136BD564 | 05-12-2023 17:41:23 | Blacked Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 16 | Info Hash: C83EF20E1013A6AB938ACC23C498F145ACB28795<br>File Hash: C5C14A43507207DB518B53BF7C10C7D83250E02533C5197754542C27E5E4C634 | 05-11-2023 05:37:18 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 17 | Info Hash: AE6FF119CF720A3271FB0DD93F405C53C6E55A0F<br>File Hash: EFB492DBEBF845031AF3A3EC7664516979EC39A02CE64CBA3D0F76627C43E72A | 04-28-2023 16:11:27 | Blacked Raw | 03-15-2023 | 04-07-2023 | PA0002405750 |
| 18 | Info Hash: D8055232131B06F6CAD0F7F397AD503726D9AB25<br>File Hash: 259BA2AC357EB495BD53CB93EB29BD820E4A75D4B655ECE57ABBF5DF17250B9C | 04-06-2023 02:53:23 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 19 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 04-06-2023 02:53:01 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 20 | Info Hash: FED9CBC943CC50537BBD8267BD4FA4C4848363B1<br>File Hash: ED1BA66718984D5855EF40B4782EFA7B40EB613381E9A271500EABD09DE1E77E | 04-05-2023 01:25:57 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 21 | Info Hash: 91ABE265B87828D4AB8248B6604817DE7D61CFAA<br>File Hash: E31DA38E6F32436BFA1F9BA3470DF0B8C31CE9DA830EB70ED382024A4BC1A5ED | 03-20-2023 17:17:48 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 22 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash: E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-08-2023 14:55:28 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 23 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash: FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 03-01-2023 07:51:45 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 1698C3F45784BDFB3DE7A8D9CA5526EAC970E326<br>File Hash: 3E0D65AFF79CB4E59E50526E0558E76A733A4DA603DB14CBD5D826A8E867A126 | 02-06-2023 16:57:53 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 25 | Info Hash: BABEA42AB263D45CAC6CDE28D9FEECEF129EE410<br>File Hash: 349658B254B9C0F9BDF2486AD50DA8A7D3C40463A9959E5D25F0E0B02A6E22CE | 01-30-2023 15:45:05 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 26 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash: C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-28-2023 02:44:23 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 27 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash: 462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 01-28-2023 02:39:15 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 28 | Info Hash: 5ABD6B7E032F33F63D7C609EDDC5EDD143B1BF8F<br>File Hash: 57B43783291B5A46BF9AA4C12D1FEFCE2B45E514E018BCFAF808601DF58C9F81 | 01-22-2023 02:45:39 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |